UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:17-CV-2095-T-17AEP

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YUJANI MEJIA

    Defendant,
_____/

FINAL JUDGMENT AND ORDER CLOSING CASE

Pursuant to Federal Rule of Civil Procedure 55(b), it is hereby:

ORDERED AND ADJUDGED that:

1. Judgment is entered in favor of the Plaintiff United States of America, and against the Defendant, Yujani Mejia, upon the Complaint [D.E. 1] herein,

2. Plaintiff shall recover of the Defendant the following sums:

| | | |
|---|---|---|
| a. | Principal (after application of all prior payments, credits, and offsets), | $ 8,676.56 |
| b. | Interest through June 14, 2017 | $ 5,156.74 |
| c. | Costs | $ 45.00 |
| | TOTAL: | $ 13,878.30 |

plus interest at the rate of 7.625% from June 14, 2017 to the date of this judgment, for all of which sums let execution issue.

3. This judgment shall bear interest at the rate as prescribed by 28 USC §1961 and shall be enforceable as provided by 28 U.S.C. § 2001 et seq., 28 U.S.C. §§ 3001- 3307 and Fed. R. Civ. P. 69(a).

4. Plaintiff's address is: Becker & Poliakoff P.A., 121 Alhambra Plaza 10th Floor, Coral Gables, FL 33134 and U.S. Department of Education 50 Beale St., Suite 8601 San Francisco, CA 94105. Defendant's address is: 6811 Silver Branch Court, Tampa, FL 3325.

5. This case is CLOSED and all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers in Tampa, Florida this **15th** day of November, 2017.

ELIZABETH M. WARREN, CLERK

/s/L. DeJesus
L. DeJesus, Deputy Clerk

cc: Steven M. Davis, Esq. (Two Certified Copies)
    Yujani Mejia (Defendant)

ACTIVE: 10201731_1